Submitted September 5, reversed October 15, 2008

In the Matter of M. V.,
Alleged to be a Mentally Ill Person.

STATE OF OREGON,
*Respondent,*

*v.*

M. V.,
*Appellant.*

Multnomah County Circuit Court
080160819; A138095

195 P3d 912

Lance D. Perdue filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Pamela J. Walsh, Assistant Attorney General, filed the brief for respondent.

Before Landau, Presiding Judge, and Schuman, Judge, and Ortega, Judge.

PER CURIAM

**PER CURIAM**

In this mental commitment case, appellant contends that the record lacks clear and convincing evidence that, at the time of the civil commitment hearing, she met the statutory definition of a "mentally ill person" who suffers from a mental disorder that causes her to be unable to meet her basic needs, ORS 426.005(1)(d). The state concedes that the record lacks such clear and convincing evidence. On *de novo* review, *State v. Miller*, 198 Or App 153, 155, 107 P3d 683 (2005), we agree that the evidence is legally insufficient.

Reversed.